**FILED IN OPEN COURT**
6/14/05
Luther D. Thomas, Clerk
By: D. Wood
Deputy Clerk

## CRIMINAL MINUTES - - ARRAIGNMENT AND SENTENCE

DATE: June 14, 2005                    GAINESVILLE DIVISION

HONORABLE WILLIAM C. O'KELLEY, Presiding

CASE NO. 2:04:cr-46-01-WCO          DEFENDANT: Jose Quezadas-Fierros
AUSA: Susan Coppedge                 DEFT ATTY: Nichole M. Kaplan
Deputy Clerk: Delores Wilford-Wood   Court Reporter: Dennis Reidy

Alba Males, Interpreter, sworn by dw, deputy clerk

  Came the parties as shown.
  Presentence Report approved and adopted as Findings of the Court.

  SENTENCE: BOP 60 months. 5 years Supervised Release, with the following SPECIAL CONDITIONS: 1) The defendant shall report to the probation office in the district to which the defendant is released within 72 hours of release from custody of the BOP. 2) The defendant shall pay a fine in the amount of $1,500.00. Any portion of the fine that is not paid in full at the time of the defendant's release shall become a condition of supervision and be paid at the monthly rate of at least $100.00. 3) The defendant shall submit to a search of his person, property, real or personal, residence, place of business or employment, and/or vehicle(s) at the request of the United States Probation Officer.

  $100.00 Special Assessment - Stand Committed.
  $1,500.00 fine.
  Remanded to custody of USM.
  The Final Order and Judgment of Forfeiture filed in this case on May 3, 2005, as Document # 31, ADOPTED and made a part of the J&C by the Court.