```
                  IN THE UNITED STATES DISTRICT COURT
                  FOR THE NORTHERN DISTRICT OF GEORGIA
                           GAINESVILLE DIVISION

    UNITED STATES OF AMERICA      )      DOCKET NUMBER
                                  )        2:04-CR-46
                                  )
                                  )
                 PLAINTIFF        )
                                  )
              VS.                 )
                                  )      GAINESVILLE, GEORGIA
    QUEZADAS-FIERROS, ET AL       )        JANUARY 28, 2005
                                  )
                 DEFENDANT        )
                                  )


               TRANSCRIPT OF SENTENCING PROCEEDINGS
            BEFORE THE HONORABLE WILLIAM C. O'KELLEY



    APPEARANCES:

    ON BEHALF OF THE GOVERNMENT:      SUSAN COPPEDGE, ESQ.



    FOR THE DEFENDANT:                DAVID S. KENNEDY, JR., ESQ.

    INTERPRETER:                      MS. MONICA HART


    OFFICIAL COURT REPORTER:          TRACI D. WALKER, RMR-RPR-CRR
```

FILED IN CLERK'S OFFICE
U.S.D.C. - Gainesville

OCT 30 2008

JAMES N. HATTEN, Clerk
By: Vicki Dougherty
Deputy Clerk



# THE TRANSCRIPT FROM THE COURT PROCEEDING IS LOCATED IN THE CASE FOLDER.

(To be scanned behind the cover sheet of the Court transcript.)