FILED IN CLERK'S OFFICE
U.S.D.C. - Gainesville

OCT 30 2008

JAMES N. HATTEN, Clerk
By: Vicki Douglas
Deputy Clerk

```
 1   IN THE UNITED STATES DISTRICT COURT
 2              FOR THE NORTHERN DISTRICT OF GEORGIA
 3                       GAINESVILLE DIVISION
 4   UNITED STATES OF AMERICA        )    DOCKET NUMBER
                                     )    2:04-CR-46
 5                                   )
                                     )
 6              PLAINTIFF            )
                                     )
 7        VS.                        )
                                     )    GAINESVILLE, GEORGIA
 8   QUEZADAS-FIERROS, ET AL         )    NOVEMBER 22, 2004
                                     )    2:04-CR-46
 9              DEFENDANT            )
                                     )
10   _____
11                  TRANSCRIPT OF PLEAS PROCEEDINGS
                    BEFORE MAGISTRATE SUSAN S. COLE
12
13
14   APPEARANCES:
15   ON BEHALF OF THE GOVERNMENT:    SUSAN COPPEDGE, ESQ.
16
17   FOR THE DEFENDANT,
     PACIANO VARGAS-HERNANDEZ        DAVID S. KENNEDY, JR., ESQ.
18
     FOR THE DEFENDANT,
19   JOSE QUEZADAS-FIERROS:          NICOLE M. KAPLAN, ESQ.
20   INTERPRETER:                    MS. ALBA MALES
21
     OFFICIAL COURT REPORTER:        TRACI D. WALKER, RMR-RPR-CRR
22
23
24
25
```



# THE TRANSCRIPT FROM THE COURT PROCEEDING IS LOCATED IN THE CASE FOLDER.

(To be scanned behind the cover sheet of the Court transcript.)